## MOTION DOCKET

19372—London Guarantee & Accident Co., Ltd. v. Empire Plow Co. Motion by defendant to dismiss petition in error. Overruled. Dock.

19491—Central National Bank of Marietta v. Commodore Dotson. Motion for Washington Appeals to certify. Overruled. Dock. 12-16-25; 4 Abs. 10.

19491—Central National Bank of Marietta v. Commodore Dotson. Motion to dismiss on ground that no constitutional question is involved. Overruled. Dock. 12-16-25; 4 Abs. 10.

19513—State of Ohio, ex rel. W. J. Carson, et al., v. State of Ohio, ex rel. Board of Education of Stock Township, Harrison County. Motion for Harrison Appeals to certify. Allowed. Dock. 12-24-25; 4 Abs. 24.

19527—W. W. Helwig v. Warren State Bank. Motion for Trumbull Appeals to certify. Allowed. Dock. 1-2-26; 4 Abs. 40; OS. Pend. 4 Abs. 30.

19539—George E. Rogers v. Walter B. Beck et al; motion for Wood Appeals to certify. Overruled. Dock. 1-7-26; 4 Abs. 40; OS. Pend. 4 Abs. 60.

19540—W. E. Walker v. Henry Johnson Transportation Co. Motion for Butler Appeals to certify. Overruled. Dock. 1-8-26; 4 Abs. 40; OS. Pend. 4 Abs. 96.

19544—D. T. & I. R. R. Co. v. Kissell Produce Co. Motion for Henry Appeals to certify. Overruled. Dock. 1-9-26; 4 Abs. 40; OS. Pend. 4 Abs. 118.

19545—E. T. Carr v. Buckeye Dairy Co. Motion for Wood Appeals to certify. Overruled. Dock. 1-9-26; 4 Abs. 40; OS. Pend. 4 Abs. 94.

19546—R. H. Steen v. Buckeye Dairy Co. Motion for Wood Appeals to certify. Overruled. Dock. 1-9-26; 4 Abs. 40.

19547—Joe Duncan v. Buckeye Dairy Co. Motion for Wood Appeals to certify. Overruled. Dock. 1-9-26; 4 Abs. 40.

19565—Charles F. Johnson, etc. v. Annie Johnson et al. Motion for Stark Appeals to certify. Overruled. Dock. 1-14-26; 4 Abs. 56.

19566—State of Ohio on complaint of Sarah Mildred Flohr v. Doyal Tipton; motion for Jefferson Appeals to certify. Overruled. Dock. 1-15-26; 4 Abs. 56; OS. Pend. 4 Abs. 115.

19570—City of Findlay et al v. Associates Investment Co. Motion for Hancock Appeals to certify. Allowed. Dock. 1-16-26; 4 Abs. 56.

19570—City of Findlay et al v. Associates Investment Co. Motion by defendant to dismiss motion to certify record. Overruled. Dock. 1-16-26; 4 Abs. 56.

19585—Cleveland Laundry Co. v. Rudolph Farkas. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 1-20-25; 4 Abs. 72.

19613—Dayton & Xenia Motorbus Co. v. Public Utilities Commission. Motion by plaintiff for extension of time for filing printed record and briefs. Allowed. Dock. 2-5-26; 4 Abs. 112.

# CODE NOTES
## Statutes Considered, Cited, Etc.

**Sec. 178. FOREIGN CORPORATIONS.**
Officer of, doing business in Ohio without compliance of this section, not for that reason, personally liable. Amer. Soap Co. v. Bogue. 4 Abs. 131.

**Sec. 1465-90. INDUSTRIAL COMMISSION.**
Amendment limiting evidence in trials before the Commission effective Aug. 16, 1921. Caton v. Def. Screw Mach. Co. 4 Abs. 85.

**Sec. 1465-90.**
Ruling of Commission must be appealed within 30 days after final action. Schenkler v. Ind. Comm. 4 Abs. 125.

**Sec. 2365-1-2 & 4. SURETIES.**
On bond of contractor of public building under these sections not to pay rent and expenses of machinery used on said building. Royal Ind. Co. v. Day & Maddock Co. 4 Abs. 89.

**Sec. 5331. CONTEMPLATION OF DEATH.**
Means that expectation of death which actuates the mind of the person on the execution of his will. In Re, Estate of Myers, deceased. 4 Abs. 111.

**Sec. 5332. TAXATION.**
Property is taxable when succession is by gift in contemplation of death of grantor or intended to take effect at or after such death. In Re, Estate of Myers, Deceased. 4 Abs. 111.

**Sec. 6373. BLUE SKY LAW.**
Sales of stock made in violation of law not void; such law acts only to punish violators. Warren Mkt. Co. v. Corbett & Sons. 4 Abs. 89.

**Sec. 6373-2. CORPORATIONS.**
Non-compliance with sub section (f) does not bar recovery by corporation for stock subscription. Warren Mkt. Co. v. Corbett & Sons. 4 Abs. 89.

**Sec. 6495. COUNTY DITCHES.**
County auditor to report to common pleas judge that member of board of county commissioners was interested party in improvement. Fact that this was not done does not deprive board of jurisdiction. Scheiderer v. Union County (Bd. of Comm.) 4 Abs. 83.

**Sec. 7999. HUSBAND & WIFE.**
May enter into transactions with one another as if unmarried, subject to rules controlling action of persons occupying confidential relations with each other. Youghiogheny & O. Coal Co. v. Paszka. 4 Abs. 82.

**Sec. 8002. HUSBAND & WIFE.**
Neither, as such, is answerable for acts of the other, and husband relieved of common law obligation to pay prior marriage debts of wife. Youghiogheny & O. Coal Co. v. Paszka. 4 Abs. 82.

**Sec. 8310 and 8311. MECHANICS' LIEN LAWS.**
Surety for public contractor liable to same extent as a private contract of construction. Royal Ind. Co. v. Day & Maddock Co. 4 Abs. 89.

**Sec. 8395. Sales**
Where contract of sale specifically states an express warranty provision that there is no implied warranty under trade name, as to fitness for any particular purpose, not applicable. Toledo Cooker Co. v. First Nat. Bk. 4 Abs. 66.

**Sec. 10567. WILLS.**
Election by widow or widower must be made within one year from service of citation unless time extended by virtue of 10567 or 10568 GC. Citations, In Re. 4 Abs. 87.

**Sec. 10571. WILLS.**
If no election by widow or widower within year from service of citation, he or she presumed to take under will. Citations, In Re. 4 Abs. 87.

**Sec. 11317. COUNTERCLAIM.**
Counterclaim may arise either in tort or in contract. Price v. Kobacker Fur. Co. 4 Abs. 69.

**Sec. 11979. DIVORCE.**
May be granted for imprisonment in penitentiary, but while prisoner is on parole and remarries former wife and later is reincarcerated another divorce cannot be granted on same ground. Miller v. Miller. 4 Abs. 108.